# In the United States Court of Federal Claims

No. 10-192T

(Filed: October 9, 2013)

```
*****************************   *
                                *
SALEM FINANCIAL, INC.,          *
                                *
                Plaintiff,      *
                                *
v.                              *
                                *
UNITED STATES,                  *
                                *
                Defendant.      *
                                *
*****************************   *
```

## ORDER INSTRUCTING THE CLERK TO ENTER FINAL JUDGMENT

The Clerk of Court is hereby instructed to enter a final judgment in favor of Defendant United States of America, and against Plaintiff Salem Financial, Inc., as Successor-in-Interest to Branch Investments LLC, which shall take nothing by way of its complaint except as agreed to by the parties pursuant to the Stipulation (Dkt. #231) filed with this Court on October 1, 2013.

The Stipulation allows Branch Investments LLC to reduce its taxable income by the amounts set forth and for the tax years set forth therein. These amounts represent reversal of the bx out of income. Branch Investments LLC is entitled to a refund of tax, penalties, and interest corresponding to the reduction in taxable income agreed upon in the Stipulation. Plaintiff's claims are otherwise dismissed with prejudice. The Defendant United States of America is entitled to costs pursuant to Rule 54(d) of the Court of Federal Claims.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
